1
2
3
4
5          UNITED STATES DISTRICT COURT
6              DISTRICT OF NEVADA

7  BERTHA RIVAS, et al.,                      2:08-CV-1656 JCM (VCF)

8         Plaintiffs,

9  v.

10 MIDBAR CONDO DEVELOPMENT
11 LP, et al.,

12        Defendants.

13

14                    **ORDER**

15    Presently before the court is the matter of *Rivas, et. al. v. Midbar Condo Development LP,*
16 *et. al.*, case no.: 2:08-cv-01565-JCM-VCF.

17    This lawsuit was filed on November 25, 2008. The case was automatically stayed when
18 defendant Midbar Condo Development, LP filed a notice of bankruptcy on September 23, 2009.
19 (Doc. #25). On April 7, 2010, Magistrate Judge Leavitt granted Midbar Condo Development's
20 counsels' motion to withdraw from the case. (Docs. #29 and #30). The parties to this lawsuit have
21 taken no further action since April 8, 2010, more than one and a half years ago.
22    Accordingly,
23 . . .
24 . . .
25 . . .
26 . . .
27 . . .
28

**James C. Mahan**
**U.S. District Judge**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the parties to this action file a joint status report on or before December 21, 2011, outlining Midbar Condo Development's bankruptcy proceedings and the current status of the lawsuit before this court. Failure to comply with this order will result in sanctions, which may include dismissal.

DATED this 7th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE