UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BERTHA RIVAS, et al.,

        Plaintiffs,

v.

MIDBAR CONDO DEVELOPMENT LP, et al.,

        Defendants.

2:08-CV-1656 JCM (VCF)

**ORDER**

Presently before the court is the case of *Rivas, et. al. v. Midbar Condo Development, LP, et. al.*, case number 2:08-cv-01656-JCM-VCF.

On December 7, 2011, the court issued an order to file a joint status report because the parties had not taken any action in the lawsuit for more than one and a half years. (Doc. #34). Local counsel for plaintiffs filed a status report on December 22, 2011. (Doc. #36). The status report indicates that the case settled in the spring of 2010 and that "all matters relative to the . . . action were resolved." (Doc. #36). Counsel further requests that the case be dismissed. (Doc. #36).

Good cause appearing,

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case of *Rivas, et. al.*
2   *v. Midbar Condo Development, LP, et. al.*, case number 2:08-cv-01656-JCM-VCF be, and the same
3   hereby is, DISMISSED.
4   DATED this 23rd day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -